ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| GUSTAVO ARMANDO JOAQUÍN CRUZ<br><br>Demandante-Recurrido<br><br>v.<br><br>CARMEN I. CRUZ FIGUEROA<br><br>Demandada<br><br>JUAN MARCOS JOAQUÍN HIDALGO<br><br>Demandado-Peticionario | KLCE202400240 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2022RF01628<br><br><br><br>Sobre: Alimentos entre Parientes |

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Romero García y la Jueza Martínez Cordero.

*Martínez Cordero, jueza ponente*

## RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de febrero de 2024.

Comparece Juan Marcos Joaquín Hidalgo (en adelante, peticionario) mediante un recurso de *Certiorari*, para solicitarnos la revisión de la *Orden* emitida y notificada el 25 de enero de 2024, por el Tribunal de Primera Instancia, Sala de San Juan.[1] Mediante la *Orden* recurrida, el foro primario declaró No Ha Lugar una *Moción sobre Falta de Jurisdicción,* presentada por el peticionario.

Conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones,[2] este Tribunal tiene la facultad de prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante su consideración, con el propósito de lograr su más justo y eficiente despacho. En consideración a lo anterior, eximimos a la parte recurrida de presentar escrito en oposición al recurso de *Certiorari* ante nos.

---

[1] Apéndice del recurso, a la pág. 137.
[2] 4 LPRA Ap. XXII-B, R.7 (B)(5).

Número Identificador

RES2024_____

Luego de haber evaluado la *Petición de Certiorari*, el expediente en su totalidad, así como el derecho aplicable, este Tribunal concluye que el peticionario no logró establecer que el tribunal recurrido hubiese incurrido en error alguno, que justifique nuestra intervención en este caso. Por tanto, en virtud de lo dispuesto en la Regla 52.1 de las de Procedimiento Civil,[3] así como de la Regla 40 del Reglamento de este Tribunal,[4] resolvemos *denegar* la expedición del auto de *Certiorari*.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] 32 LPRA Ap. V, R. 52.1.
[4] 4 LPRA Ap. XXII-B, R.40.